Order entered January 8, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00959-CR

JAMAL DESHUN APPLEWHITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-00048-Y

## ORDER

The State's second motion for an extension of time to file its brief is **GRANTED**. The State's brief, which was filed on January 7, 2013, is deemed timely filed.

ELIZABETH LANG-MIERS
PRESIDING JUSTICE